IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHAEL WASHINGTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-3732 |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 18th day of December, 2020, upon consideration of Plaintiff's Request for Review (Doc. No. 11), and Defendant's Response thereto (Doc. No. 12), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED and DISMISSED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE